

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2019

No. 04-18-00512-CR

**EX PARTE** Steven **ROBLES**,

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1302-W1
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

On February 19, 2019, appellant filed a pro se "Motion for En Banc Consideration In Continuing Breach/Tort," arguing the trial court violated his Sixth Amendment rights and did not "give effect" to his defense. After consideration, we **DENY** that motion without prejudice and again advise appellant that legal arguments should be presented in his pro se brief if he desires to file one. *See* TEX. R. APP. P. 38. Appellant is reminded his pro se brief, should he decide to file one, is due on or before April 22, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court